IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY JAMES REDMOND,

    Plaintiff,

  v.

LARRY FUCHS, DEPUTY WARDEN,
SECURITY DIRECTOR, HEALTH
SERVICE UNIT MANAGER, HOUSING
UNIT 4 MANAGER,
PSYCHOLOGICAL SERVICE UNIT
MANAGER, OFFICER JAHNKE and
OFFICER JACOBI ,

    Defendants.

Case No.  20-cv-289-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice.

| /s/ | 11/3/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |